**BARRE**

v.

**STATE.**

No. 1030–90.

Court of Criminal Appeals of Texas, En Banc.

Dec. 4, 1991.

On appellants' petition for discretionary review: Judgment of the Court of Appeals reversed; cause remanded to that court.